UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE ARBITRATION
BETWEEN

: CIVIL ACTION NO: 07-cv-9699
:
IDEAL PLASTIC CONTAINER COMPANY
:
Petitioner,
:
: RULE 7.1 STATEMENT
:
and
:
:
UFCW LOCAL 174 COMMERCIAL HEALTH
CARE FUND AND COMMERCIAL PENSION
FUND

Respondent

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ideal Plastic Container Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are public held: None.

*[signature]*

JONATHAN J. LERNER
STARR, GERN, DAVISON & RUBIN, P.C.
Attorneys for Petitioner
105 Eisenhower Parkway
Roseland, New Jersey 07068
973-403-9200

Dated: October 31, 2007