**ORIGINAL**

UDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

STANTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION | : CIV. ACTION NO: 07-09699 (LLS)(JCF) |
| IDEAL PLASTIC CONTAINER COMPANY | : STIPULATION OF DISMISSAL |
| Petitioner, | : WITH PREJUDICE AND WITHOUT |
| and | : COSTS OR FEES PURSUANT TO |
| | : FEDERAL RULES OF CIVIL |
| UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND | : PROCEDURE 41(a)(1) |
| Respondent | : |

**THE MATTERS** in difference in the above-captioned action having been amicably adjusted by and between the parties; it is hereby stipulated and agreed, pursuant to FRCP 41(a)(1) that the above-captioned action (including without limitation all claims and counterclaims) be and is hereby dismissed in its entirety, with prejudice and without costs or attorneys' fees against any party.

DATED:

_____
JONATHAN J. LERNER, ESQ. (2916)
STARR, GERN, DAVISON & RUBIN
Attorney for Plaintiff
105 Eisenhower Parkway
Roseland, NJ 07068
Tel: 973-403-9200
        and
530 Fifth Avenue, 9th Floor
New York, NY 10036
(212) 681-0117

_____
ANDREW J. CALCAGNO, ESQ.
CALCAGNO & ASSOCIATES
Attorney for Defendant
213 South Avenue East
Cranford, NJ 07016
Tel: (908) 272-7300

_____
Louis L. Stanton

1/11/08